UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


Nos. 23-1900 & 23-2043


RONALD KOONS; NICHOLAS GAUDIO; JEFFREY M. MULLER; GIL TAL;
SECOND AMENDMENT FOUNDATION INC; FIREARMS POLICY COALITION
INC; COALITION OF NEW JERSEY FIREARM OWNERS; NEW JERSEY SECOND
AMENDMENT SOCIETY

v.

ATTORNEY GENERAL NEW JERSEY AND SUPERINTENDENT NEW JERSEY
STATE POLICE,

PRESIDENT OF NEW JERSEY STATE SENATE, SPEAKER OF THE NEW JERSEY
GENERAL ASSEMBLY

Intervenors in District Court
(D.N.J. No. 1:22-cv-07464)


AARON SIEGEL; JASON COOK; JOSEPH DELUCA; NICOLE CUOZZO; TIMOTHY
VARGA; CHRISTOPHER STAMOS; KIM HENRY; ASSOCIATION OF NEW
JERSEY RIFLE AND PISTOL CLUBS INC.

v.

ATTORNEY GENERAL NEW JERSEY; SUPERINTENDENT NEW JERSEY STATE
POLICE

PRESIDENT OF THE NEW JERSEY STATE SENATE, SPEAKER OF THE NEW
JERSEY GENERAL ASSEMBLY

Intervenors in District Court
(D.N.J. No. 1:22-cv-07463)


Attorney General New Jersey and Superintendent New Jersey State Police,
Appellants in 23-1900


Aaron Siegel; Jason Cook; Joseph Deluca; Nicole Cuozzo; Timothy Varga; Christopher
Stamos; Kim Henry and Association of New Jersey Rifle & Pistol Club, Inc.,
Appellants in 23-2043

Present: KRAUSE, PORTER, and CHUNG, <u>Circuit Judges</u>

Submitted are:

1. Letter Motion by Attorney Amit Jain Requesting Address Change for Counsel.

2. Letter Motion by Attorney Mariel A. Brookins Requesting Address Change for Counsel and to Withdraw as Counsel for Appellants in 23-2043.

in the above captioned case.

Respectfully,<br>
Clerk

_____O R D E R_____

The above-referenced motions by Mr. Jain and Ms. Brookins to amend the opinion to change their addresses, and for Ms. Brookins to withdraw as counsel for Appellants in 23-2043 are granted. The Court will also make the following changes: (1) the phrase "but unlike" on page 79 shall be amended to read "and like"; (2) the text "§ 2C:58-4(b) (four-reputable-persons requirement)," on page 138 shall be moved to page 139 to follow the phrase "We will affirm as to . . ."; and (3) the phrase "and N.J. Admin. Code § 7:25-5.23(a), (c), (f)(1)–(4), and (m) ('Hunting and Fishing Regulations')" on page 139 shall be deleted. The opinion filed on September 10, 2025 is hereby vacated and the Clerk is directed to file the amended opinion contemporaneously with this order. As these amendments do not affect the substance of the Court's decision, the judgment and the time for filing a petition for rehearing shall be unchanged.

By the Court,<br>
<br>
<u>s/ Cheryl Ann Krause</u><br>
Circuit Judge

Dated: September 17, 2025
Sb/cc: All Counsel of Record